UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-2106 SVW (KS)                                    Date: April 14, 2022

Title   _Dewayne Thompson v. A. Covarrubias_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 29, 2022, Plaintiff, a California inmate proceeding _pro se_, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.)  The Complaint alleges that Defendant, a correctional officer at California State Prison, Los Angeles County where Plaintiff is housed, retaliated against him for exercising his First Amendment right to file a prison grievance by refusing to open Plaintiff's cell for breakfast and lunch on various dates. (_Id._ at 7-10.)

On March 30, 2022, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed _in forma pauperis_. (Dkt. No. 2.)  More than two weeks have now passed and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than May 5, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the May 5, 2022 deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 22-2106 SVW (KS)                                    Date: April 14, 2022

Title   *Dewayne Thompson v. A. Covarrubias*

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED**.

|  |  : |
|---|---|
| **Initials of Preparer** | gr |