JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE THOMPSON, | ) | NO. CV 22-2106 SVW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| A. COVARRUBIAS, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 23, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE